IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | No. 06-00352-01-CR-W-JTM |
|---|---|---|
| | ) | |
| Plaintiff, | ) | COUNT ONE |
| | ) | 29 U.S.C. § 439(c) |
| v. | ) | NMT One Year Imprisonment |
| | ) | NMT $10,000 Fine |
| ALLISON COLE, | ) | NMT One Year Supervised Release |
| [DOB: 02/11/65] | ) | Class A Misdemeanor |
| | ) | |
| Defendant. | ) | $50 Mandatory Special Assessment |

I N F O R M A T I O N

THE UNITED STATES ATTORNEY CHARGES THAT:

Between on or about October 21, 2004, and on or about November 30, 2004, in the Western District of Missouri, ALLISON COLE, defendant herein, did knowingly and willfully make false entries in records, reports, and statements of Branch 30, National Association of Letter Carriers (NALC), AFL-CIO, in that defendant willfully prepared false vouchers for Branch 30 checks representing union funds which she had converted to her own use and which records, reports, and statements, Branch 30, NALC, was required to keep and maintain pursuant to the provisions of Title 29.

All in violation of Title 29, United States Code, Section 439(c).

                                              Respectfully submitted,

                                              Bradley J. Schlozman
                                              United States Attorney

                                By     /s/ D. Michael Green

                                              D. Michael Green  #36738
                                              Assistant United States Attorney

Dated: October 30, 2006